UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
FEDERAL HOUSING FINANCE AGENCY,　　　　Docket Number  11 CV 7048 (VM)

　　　　　-against-　　　　　　　　　　　　　　NOTICE OF REASSIGNMENT

GENERAL ELECTRIC COMPANY, ET AL
-------------------------------------------------------

　　　　The above-entitled action is:

[X ] Reassigned to the Hon.  VICTOR MARRERO (VM)

[   ] Reassigned Referral to Hon.　　　　　　　　,Magistrate Judge

[   ] Reassigned Designation to Hon.　　　　　　　　,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

　　　　　　　　　　　　　　　　　　　　　　　　Ruby J. Krajick
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 10/11/2011　　　　　　　　　　　　　　By: SHANTE JONES
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk