USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

Plaintiff,

-against-

GENERAL ELECTRIC COMPANY, GENERAL ELECTRIC CAPITAL SERVICES, INC. d/b/a GE CONSUMER FINANCE or GE MONEY, GE MORTGAGE HOLDING, L.L.C., GE-WMC SECURITIES, L.L.C., MORGAN STANLEY & CO., INC., and CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC,

Defendants.

11 Civ. 7048 (VM)

### STIPULATION AND ORDER

This Stipulation is entered into between Plaintiff Federal Housing Finance Agency and Defendants General Electric Company, General Electric Capital Services, Inc., GE Mortgage Holding, L.L.C., and GE-WMC Mortgage Securities, L.L.C. (incorrectly named as GE-WMC Securities, L.L.C.) (together, "GE Defendants"), that:

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, subject to any further agreement between the parties or Order of this Court:

(a)  the GE Defendants' time to move to dismiss, answer or otherwise respond to the Complaint in this action is extended until December 2, 2011;

(b)  Plaintiff's time to oppose any motion to dismiss or otherwise respond is extended until March 2, 2012;

(c) the GE Defendants' time to reply, as applicable, is extended until April 16, 2012;

(d) neither Plaintiff nor the GE Defendants waive any rights to seek from each other or the Court, or to oppose, any further adjournments or extensions of these deadlines or any other deadlines; and

(e) the entry into this stipulation shall not waive any rights, claims or defenses, including, without limitation, all defenses relating to jurisdiction and venue, all of which are expressly preserved.

Dated: New York, New York
October 14, 2011

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Marc E. Kasowitz
(mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Michael S. Shuster
(mshuster@kasowitz.com)
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Plaintiff Federal Housing Finance Agency*

WEIL, GOTSHAL & MANGES LLP

By: _____
Greg A. Danilow
(greg.danilow@weil.com)
Vernon S. Broderick
(vernon.broderick@weil.com)
Seth Goodchild
(seth.goodchild@weil.com)
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for General Electric Company, General Electric Capital Services, Inc., GE Mortgage Holding, L.L.C., GE-WMC Mortgage Securities, LLC*

SO ORDERED: 14 October 2011

_____
Victor Marrero, U.S.D.J.

2