UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
FEDERAL HOUSING FINANCE AGENCY, AS :
CONSERVATOR FOR THE FEDERAL :
HOME LOAN MORTGAGE :
CORPORATION, :
: 
        Plaintiff, :
:
  -against- :
: 11 Civ. 07048 (VM)
:
GENERAL ELECTRIC COMPANY; :
GENERAL ELECTRIC CAPITAL :
SERVICES, INC. d/b/a GE CONSUMER : **NOTICE OF**
FINANCE or GE MONEY; GE MORTGAGE : **APPEARANCE**
HOLDING, L.L.C., GE-WMC SECURITIES, :
L.L.C., MORGAN STANLEY & CO., INC., :
and CREDIT SUISSE SECURITIES (USA) :
LLC f/k/a CREDIT SUISSE FIRST BOSTON :
LLC, :
:
        Defendants. :
------------------------------------- X

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation in the above action.

DATED:  New York, New York
    October 18th, 2011

               KASOWITZ, BENSON, TORRES &
               FRIEDMAN LLP


               /s/ Marc E. Kasowitz
               Marc E. Kasowitz
               (mkasowitz@kasowitz.com)
               Kasowitz, Benson, Torres & Friedman LLP
               1633 Broadway
               New York, NY  10019
               (212) 506-1700

               *Attorneys for Federal Finance Housing*
               *Agency, as conservator for the Federal Home*
               *Loan Mortgage Corporation*