**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FEDERAL HOUSING FINANCE AGENCY, AS :
CONSERVATOR FOR THE FEDERAL :
HOME LOAN MORTGAGE :
CORPORATION, :
                         :
               Plaintiff, :
                         :
      -against- :
                         :    11 Civ. 07048 (VM)
                         :
GENERAL ELECTRIC COMPANY; :
GENERAL ELECTRIC CAPITAL :
SERVICES, INC. d/b/a GE CONSUMER :    **NOTICE OF**
FINANCE or GE MONEY; GE MORTGAGE :    **APPEARANCE**
HOLDING, L.L.C., GE-WMC SECURITIES, :
L.L.C., MORGAN STANLEY & CO., INC., :
and CREDIT SUISSE SECURITIES (USA) :
LLC f/k/a CREDIT SUISSE FIRST BOSTON :
LLC, :
                         :
               Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff

Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage

Corporation in the above action.

DATED:  New York, New York
           October 18th, 2011

                                        KASOWITZ, BENSON, TORRES &
                                        FRIEDMAN LLP


                                        /s/ Michael S. Shuster
                                        Michael S. Shuster
                                        (mshuster@kasowitz.com)
                                        Kasowitz, Benson, Torres & Friedman LLP
                                        1633 Broadway
                                        New York, NY  10019
                                        (212) 506-1700

                                        *Attorneys for Federal Finance Housing
                                        Agency, as conservator for the Federal Home
                                        Loan Mortgage Corporation*