**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- X
FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL
HOME LOAN MORTGAGE
CORPORATION,

        Plaintiff,

  -against-

GENERAL ELECTRIC COMPANY;
GENERAL ELECTRIC CAPITAL
SERVICES, INC. d/b/a GE CONSUMER
FINANCE or GE MONEY; GE MORTGAGE
HOLDING, L.L.C., GE-WMC SECURITIES,
L.L.C., MORGAN STANLEY & CO., INC.,
and CREDIT SUISSE SECURITIES (USA)
LLC f/k/a CREDIT SUISSE FIRST BOSTON
LLC,

        Defendants.
------------------------------------- X

11 Civ. 07048 (VM)

**NOTICE OF**
**APPEARANCE**

    PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation in the above action.

DATED:  New York, New York
        October 18th, 2011

                                        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                        /s/ Kanchana Wangkeo Leung
                                        Kanchana Wangkeo Leung
                                        (kleung@kasowitz.com)
                                        Kasowitz, Benson, Torres & Friedman LLP
                                        1633 Broadway
                                        New York, NY  10019
                                        (212) 506-1700

                                        *Attorneys for Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation*