**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------- X
FEDERAL HOUSING FINANCE AGENCY, AS :
CONSERVATOR FOR THE FEDERAL :
HOME LOAN MORTGAGE :
CORPORATION, :
:
        Plaintiff, :
:
  -against- :
: 11 Civ. 07048 (VM)
:
GENERAL ELECTRIC COMPANY; :
GENERAL ELECTRIC CAPITAL :
SERVICES, INC. d/b/a GE CONSUMER : **NOTICE OF**
FINANCE or GE MONEY; GE MORTGAGE : **APPEARANCE**
HOLDING, L.L.C., GE-WMC SECURITIES, :
L.L.C., MORGAN STANLEY & CO., INC., :
and CREDIT SUISSE SECURITIES (USA) :
LLC f/k/a CREDIT SUISSE FIRST BOSTON :
LLC, :
:
        Defendants. :
:
---------------------------------------- X

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation in the above action.

DATED:  New York, New York
        October 18th, 2011

                                                KASOWITZ, BENSON, TORRES &
                                                FRIEDMAN LLP

                                                /s/ Charles M. Miller
                                                Charles M. Miller
                                                (cmiller@kasowitz.com)
                                                Kasowitz, Benson, Torres & Friedman LLP
                                                1633 Broadway
                                                New York, NY  10019
                                                (212) 506-1700

                                                *Attorneys for Federal Finance Housing*
                                                *Agency, as conservator for the Federal Home*
                                                *Loan Mortgage Corporation*