**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ X
FEDERAL HOUSING FINANCE AGENCY, AS :
CONSERVATOR FOR THE FEDERAL :
HOME LOAN MORTGAGE :
CORPORATION, :
:
            Plaintiff, :
:
   -against- :
: 11 Civ. 07048 (VM)
:
GENERAL ELECTRIC COMPANY; :
GENERAL ELECTRIC CAPITAL :
SERVICES, INC. d/b/a GE CONSUMER : **NOTICE OF**
FINANCE or GE MONEY; GE MORTGAGE : **APPEARANCE**
HOLDING, L.L.C., GE-WMC SECURITIES, :
L.L.C., MORGAN STANLEY & CO., INC., :
and CREDIT SUISSE SECURITIES (USA) :
LLC f/k/a CREDIT SUISSE FIRST BOSTON :
LLC, :
:
           Defendants. :
------------------------------------ X

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation in the above action.

DATED:  New York, New York
            October 18th, 2011

                                         KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                         /s/ Michael A. Hanin
                                         Michael A. Hanin
(mhanin@kasowitz.com)
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

*Attorneys for Federal Finance Housing Agency, as conservator for the Federal Home Loan Mortgage Corporation*