UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

                Plaintiff,

-against-                      11 Civ. 6189 (LAK)

HSBC NORTH AMERICA HOLDINGS, INC., et al.,

                Defendants.
------------------------------------x
Other Cases Brought by this Plaintiff:

    11 Civ. 5201 (VM)
    11 Civ. 6188 (DLC)
    11 Civ. 6190 (DAB)
    11 Civ. 6192 (LAK)
    11 Civ. 6193 (PGG)
    11 Civ. 6195 (JFK)
    11 Civ. 6196 (PAC)
    11 Civ. 6198 (DAB)
    11 Civ. 6200 (RPP)
    11 Civ. 6201 (JFK)
    11 Civ. 6202 (DLC)
    11 Civ. 6203 (JSR)
    11 Civ. 7048 (VM)
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      With the consent of Judge Marrero, the order entered in these cases (other than 11 Civ. 7048) (VM)) on September 16, 2011 shall apply also to 11 Civ. 7048 (VM).

      SO ORDERED.

Dated:      October 17, 2011

                                              Lewis A. Kaplan
                                            United States District Judge