Marrero, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
HOME LOAN MORTGAGE
CORPORATION,

             Plaintiff,

     - against -

GENERAL ELECTRIC COMPANY,
GENERAL ELECTRIC CAPITAL
SERVICES, INC. d/b/a GE CONSUMER
FINANCE or GE MONEY, GE MORTGAGE
HOLDING, L.L.C., GE-WMC SECURITIES,
L.L.C., MORGAN STANLEY & CO., INC.,
and CREDIT SUISSE SECURITIES (USA)
LLC f/k/a CREDIT SUISSE FIRST BOSTON
LLC,

             Defendants.

Case No. 11 Civ. 7048 (VM)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER

This Stipulation is entered into between plaintiff Federal Housing Finance Agency ("FHFA") and defendants Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC) ("Morgan Stanley") and Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC) ("Credit Suisse"), that:

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, subject to any further agreement between the parties or Order of this Court:

(a) Morgan Stanley's and Credit Suisse's time to move to dismiss, answer or otherwise respond to the Complaint in this action is extended until December 2, 2011;

(b)     FHFA's time to oppose any motion to dismiss or otherwise respond is extended until March 2, 2012;

(c)     Morgan Stanley's and Credit Suisse's time to reply, as applicable, is extended until April 16, 2012;

(d)     neither FHFA nor Morgan Stanley or Credit Suisse waives any rights to seek from each other or the Court, or to oppose, any further adjournments or extensions of these deadlines or any other deadlines; and

(e)     the entry into this stipulation shall not waive any rights, claims or defenses, including, without limitation, all defenses relating to jurisdiction and venue, all of which are expressly preserved.

Dated:     New York, New York
           October 18, 2011

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Marc E. Kasowitz
Marc E. Kasowitz
(mkasowitz@kasowitz.com)
Hector Torres
(htorres@kasowitz.com)
Michael S. Shuster
(mshuster@kasowitz.com)
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael Hanin
(mhanin@kasowitz.com)
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Plaintiff Federal Housing Finance Agency*

CRAVATH, SWAINE & MOORE LLP

By: /s/ Richard W. Clary
Richard W. Clary
(rclary@cravath.com)
Michael Reynolds
(mreynolds@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

DAVIS POLK & WARDWELL LLP

By: /s/
James P. Rouhandeh
(rouhandeh@davispolk.com)
Brian S. Weinstein
(brian.weinstein@davispolk.com)
Daniel J. Schwartz
(daniel.schwartz@davispolk.com)
Nicholas N. George
(nicholas.george@davispolk.com)
Jane M. Morril
(jane.morril@davispolk.com)
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Fax: (212) 701-5581

*Attorneys for Defendant Morgan Stanley & Co. LLC*

SO ORDERED: 18 October 2011

_____
Victor Marrero, U.S.D.J.