Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Michael S. Shuster (mshuster@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Charles M. Miller (cmiller@kasowitz.com)
Michael A. Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung (kleung@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel:    (212) 506-1700

*Attorneys for Plaintiff Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>           -against-<br><br>GENERAL ELECTRIC COMPANY, GENERAL ELECTRIC CAPITAL SERVICES, INC. d/b/a GE CONSUMER FINANCE or GE MONEY, GE MORTGAGE HOLDING, L.L.C., GE-WMC SECURITIES, L.L.C., MORGAN STANLEY & CO., INC., and CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC,<br><br>                    Defendants. | 11 Civ. 7048 (VM)<br><br><br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Plaintiff Federal Housing Finance Agency, by and through its undersigned attorneys, moves this Court before the Honorable Victor Marrero, United States District Court Judge, United States District

Court, Southern District of New York, for an order, pursuant to 28 U.S.C. § 1447(c): (i) remanding this removed action to the Supreme Court of the State of New York, New York County, and (ii) awarding Plaintiff the attorneys' fees, costs and expenses it incurred as a result of this removal.

DATED:    New York, New York
               November 7, 2011

                        KASOWITZ, BENSON, TORRES
                         &amp; FRIEDMAN LLP

                        By: /s/ Marc E. Kasowitz
                            Marc E. Kasowitz (mkasowitz@kasowitz.com)
                            Hector Torres (htorres@kasowitz.com)
                            Michael S. Shuster (mshuster@kasowitz.com)
                            Christopher P. Johnson (cjohnson@kasowitz.com)
                            Charles M. Miller (cmiller@kasowitz.com)
                            Michael A. Hanin (mhanin@kasowitz.com)
                            Kanchana Wangkeo Leung (kleung@kasowitz.com)

                            1633 Broadway
                            New York, New York 10019
                            (212) 506-1700

                            *Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation*

TO:    Greg A. Danilow (greg.danilow@weil.com)
           Vernon S. Broderick (vernon.broderick@weil.com)
           Weil, Gotshal & Manges LLP
           767 Fifth Avenue, 25th Floor
           New York, New York 10153
           (212) 310-8000
           *Attorneys for Defendants*

James P. Rouhandeh (james.rouhandeh@dpw.com)
Brian S. Weinstein (brian.weinstein@dpw.com)
Daniel Jacob Schwartz (daniel.schwartz@dpw.com)
Nicholas N. George (nicholas.george@davispolk.com)
Jane M. Morril (jane.morril@dpw.com)
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
*Attorneys for Defendants*

Michael T. Reynolds (mreynolds@cravath.com)
Richard W. Clary (rclary@cravath.com)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
*Attorneys for Defendants*