UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
FEDERAL HOUSING FINANCE AGENCY,        Docket Number: 11 CV 5201 (DLC)
             -against-                 NOTICE OF REASSIGNMENT

UBS,
--------------------------------------------------------
FEDERAL HOUSING FINANCE AGENCY,        Docket Number: 11 CV 7048 (DLC)
             -against-

GENERAL ELECTRIC,
--------------------------------------------------------

The above-entitled action is:

[  ] Declined by Hon.
        As  [   ]Related/ [   ] Similar to case #:


[ X ] Reassigned to the Hon. DENISE L. COTE  (DLC)
      [] Designated / [X] Redesignated Hon KEVIN N. FOX (KNF),
Magistrate Judge

        ***** Related to #11 CV 6188  *****

[  ] Accepted by Hon  (  ) as   [    ] Related/ [   ] Similar to case #:
     [  ] Designated  [   ] Redesignated Hon. ,           Magistrate Judge


All further documents submitted in this action must bear the Judge's initials after the docket number.

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                            Ruby J. Krajick
                                            Clerk of Court

Dated: 11/18/2011                    By:    SHANTE JONES
                                            Deputy Clerk