UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>GENERAL ELECTRIC COMPANY; GENERAL ELECTRIC CAPITAL SERVICES, INC., d/b/a GE CONSUMER FINANCE or GE MONEY; GE MORTGAGE HOLDING, L.L.C.; GE-WMC SECURITIES, L.L.C.; MORGAN STANLEY & CO., INC.; and CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC,<br><br>Defendants. | 11 Civ. 7048 (DLC) |

### DECLARATION OF GREG A. DANILOW IN SUPPORT OF THE GE DEFENDANTS' OPPOSITION TO PLAINTIFF FHFA'S MOTION FOR REMAND

I, GREG A. DANILOW, declare under 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and a partner of Weil, Gotshal & Manges LLP, attorneys for Defendants General Electric Company, General Electric Capital Services, Inc., GE Mortgage Holding, L.L.C., and GE-WMC Mortgage Securities, L.L.C. (sued incorrectly as GE-WMC Securities, L.L.C.) (collectively the "GE Defendants") in this action. I submit this Declaration in support of the GE Defendants' Opposition to Plaintiff FHFA's Motion for Remand.

2. Attached hereto as Exhibit A is a true and correct copy of the Transcript of Oral Argument, *Kramer v. Fannie Mae (In re Fannie Mae 2008 Securities Litigation)*, No. 09 Civ. 1352 (PAC) (S.D.N.Y. Nov. 16, 2009).

3. Attached hereto as Exhibit B is a true and correct copy of the Notice of Removal, *Kramer v. Fannie Mae (In re Fannie Mae 2008 Securities Litigation)*, No. 09 Civ. 1352 (PAC) (S.D.N.Y. Oct. 27, 2008).

4. Attached hereto as Exhibit C is a true and correct copy of the Reply Memorandum of Law in Further Support of Plaintiff Daniel Kramer's Motion to Remand, *Kramer v. Fannie Mae (In re Fannie Mae 2008 Securities Litigation)*, No. 09 Civ. 1352 (PAC) (S.D.N.Y. Sept. 23, 2009).

5. Attached hereto as Exhibit D is a true and correct copy of the Memorandum of Law in Opposition to Plaintiff Daniel Kramer's Motion to Remand, *Kramer v. Fannie Mae (In re Fannie Mae 2008 Securities Litigation)*, No. 09 Civ. 1352 (PAC) (S.D.N.Y. Sept. 9, 2009).

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of December, 2011
in New York, New York

_____
GREG A. DANILOW