UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                              Plaintiff,<br><br>    -against-<br><br>GENERAL ELECTRIC COMPANY; GENERAL ELECTRIC CAPITAL SERVICES, INC., d/b/a GE CONSUMER FINANCE or GE MONEY; GE MORTGAGE HOLDING, L.L.C.; GE-WMC MORTGAGE SECURITIES, L.L.C.; MORGAN STANLEY & CO., INC.; and CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC,<br><br>                              Defendants. | 11 Civ. 7048 (DLC) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Federal Housing Finance Agency hereby voluntarily dismisses with prejudice the above-captioned action only and

all claims asserted therein as against each and every one of the defendants.

Dated: January 22, 2013
New York, New York

*/s/ Christopher P. Johnson*
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung (kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation*