UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>GENERAL ELECTRIC COMPANY; GENERAL ELECTRIC CAPITAL SERVICES, INC., d/b/a GE CONSUMER FINANCE or GE MONEY; GE MORTGAGE HOLDING, L.L.C.; GE-WMC MORTGAGE SECURITIES, L.L.C.; MORGAN STANLEY & CO., INC.; and CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC,<br><br>　　　　　　　　　Defendants. | 11 Civ. 7048 (DLC) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/13

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Federal Housing Finance Agency hereby voluntarily dismisses with prejudice the above-captioned action only and

all claims asserted therein as against each and every one of the defendants.

Dated: January 22, 2013
New York, New York

*[signature]*

Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung (kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff*
*Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation*

So ordered.

*[signature]* Denise Cote
1/22/13